Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SHELLIE JEAN SADR AND ALI SADR, HUSBAND AND WIFE,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN D. ONEY, AN UNMARRIED INDIVIDUAL, AND OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, A FLORIDA CORPORATION,<br><br>Defendants. | NO. 2:24-cv-01445 BJR<br><br>ORDER GRANTING STIPULATED MOTION EXTENDING DEADLINE TO FILE |

Before the Court is the Parties' Stipulated Motion Extending Deadline to File to extend the deadline for defendant Jonathan D. Oney to respond to plaintiff's Complaint be extended from September 19, 2024 to October 3, 2024.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Parties' Stipulated Motion Extending Deadline to File is **GRANTED**.

**A.** Defendant, Jonathan D. Oney, shall file his response to plaintiff's complaint **by no later than October 3, 2024.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

ORDER GRANTING STIPULATED MOTION EXTENDING DEADLINE TO FILE – 1
(2:24-cv-01445)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

ONE036-0003 Order Granting Stipulated Motion to Extend Deadline (Proposed)

1   **DATED** this 20th day of September 2024.

*Barbara J. Rothstein*
Honorable Barbara J. Rothstein

ORDER GRANTING STIPULATED MOTION EXTENDING
DEADLINE TO FILE – 2
(2:24-cv-01445)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

ONE036-0003 Order Granting Stipulated Motion to Extend Deadline (Proposed)