Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SHELLIE JEAN SADR AND ALI SADR, HUSBAND AND WIFE,<br><br>Plaintiffs,<br><br>v.<br><br>JONATHAN D. ONEY, AN UNMARRIED INDIVIDUAL, AND OLD REPUBLIC NATIONAL TITLE INSURANCE COMPANY, A FLORIDA CORPORATION,<br><br>Defendants. | NO. 2:24-cv-01445<br><br>ORDER GRANTING STIPULATION AND ORDER TO CONTINUE CERTAIN CASE SCHEUDLE DEADLINES |
| JONATHAN D. ONEY<br><br>Third-Party Plaintiff<br><br>v.<br><br>OLD REPUBLIC TITLE, LTD<br><br>Third-Party Defendant | |

Before the Court is the Stipulation and Order to Continue Certain Case Schedule Deadlines, submitted jointly by all parties.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulation and Order to Continue Certain Case Schedule Deadlines is **GRANTED**.

2. Based on the Stipulation of the parties and for good cause shown, the Court hereby orders the following deadlines to be continued as follows:

| Reports of expert witnesses under FRCP 26(a)(2) due | June 7, 2025 |
|---|---|

ORDER – 1
(2:24-cv-01445)

ONE036-0003 24-1445 - Stip Mot on Certain Deadlines

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

| Discovery to be completed by | June 30, 2025 |
|---|---|
| All dispositive motions must be filed by | August 6, 2025 |

**3.** The Clerk shall amend the case schedule deadlines referenced in this Order accordingly. The remaining case schedule deadlines and trial date will remain the same.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

Dated this 5th day of March 2025.

_____
Honorable Barbara J. Rothstein

*Presented by:*

**CARNEY BADLEY SPELLMAN, P.S.**

**By:** s/ Randy J. Johnson
Scott R. Weaver, WSBA No. 29267
weaver@carneylaw.com
Randy J. Johnson, WSBA #50129
johnson@carneylaw.com
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 622-8020
Facsimile: (206) 467-8215

ORDER – 2
(2:24-cv-01445)

ONE036-0003 24-1445 - Stip Mot on Certain Deadlines

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

*Attorneys for Defendant Jonathan D. Oney*

**THE LAW OFFICE OF JOSEPH L. ROCKNE, PLLC**

**By:** s/ Joseph L. Rockne
Joseph L. Rockne, WSBA No. 21422
2400 NW 80th St
Seattle, WA 98117-4449
Tel: (206) 297-1122
Fax: (206) 260-3140
Email: joseph@rocknelaw.com
*Attorneys for Plaintiffs*

FOX ROTHSCHILD LLP

**By:** s/ Wendy E. Lyon
Wendy E. Lyon, WSBA No. 34461
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone: 206.624.3600
Facsimile: 206.389.1708
Email: wlyon@foxrothschild.com
*Attorneys for Defendant Old Republic National Title Insurance Company*

ORDER – 3
(2:24-cv-01445)

ONE036-0003 24-1445 - Stip Mot on Certain Deadlines

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020