UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHELLIE JEAN SADR, et al.,

                     Plaintiffs,

     v.

JONATHAN D. ONEY, et al.,

                     Defendants.

CASE NO. 2:24-cv-01445-RSL

ORDER OF DISMISSAL

It having been reported to the Court on March 5, 2026, that the above cause has been settled, and no final order having yet been presented, NOW, THEREFORE,

IT IS ORDERED that this cause be and the same is hereby DISMISSED.  This dismissal shall be without prejudice to the right of any party upon good cause shown within sixty (60) days hereof to reopen this cause if the reported settlement is not consummated. The trial date and all remaining pretrial deadlines are hereby STRICKEN.

DATED this 5th day of March, 2026.

_Robert S. Lasnik_ (signature)

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1